

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2016

No. 04-15-00294-CR

Shauna Denay **RIPLEY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0670
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

On April 8, 2016, we ordered Appellant's court-appointed attorney Michael Raign to file either Appellant's brief or a motion to dismiss this appeal by April 13, 2016. On April 14, 2016, counsel filed Appellant's brief. Our April 8, 2016 order is satisfied.

The State's brief is due on May 16, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court